## ESTATE OF WILLIAM BROWN, DECEASED.
[No. 15,983; decided 1899.]

Wills—Due Execution—Evidence of Scrivener's Experience.—On the issue of due execution of a will, the testimony of an attesting witness who drew the instrument that he has had experience in drawing wills is admissible.

Wills—Competency of Testator—Evidence.—On the issues of mental competency of a testator and undue influence in the execution of his will, evidence of the pecuniary circumstances of a legatee and of her husband is inadmissible.

Will—Failure of Memory of Witness.—The fact that an attesting witness to a will cannot remember the details of the transaction does not cast a cloud upon the due execution of the instrument established by other direct evidence and circumstances.

Will—Competency of Testator—Age and Physical Infirmities.—Evidence of the advanced age of a testator and of his physical infirmities, if they did not impair the operation of his mind in the making of his will, does not establish testamentary incapacity.

Petition by Sarah J. Brown et al. to revoke the probate of the will of William Brown. On the trial of the issue of

due execution of the will, the testimony of Mr. Sonntag, who was the scrivener and also an attesting witness, that he had had experience in drawing wills, was stricken out of the record; and on the issue of undue influence by Mrs. Talford, a legatee, on the testamentary act, evidence of the pecuniary circumstances of herself and husband was admitted. The present decision is on a motion for a new trial.